Donald M. BIRD, Plaintiff—Appellant,

v.

Gray DAVIS, Governor of California; et al., Defendants—Appellees.

No. 02–15541.

D.C. No. CV–01–02313–GGH.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 18, 2002.*

Decided Nov. 22, 2002.

Before REINHARDT, RYMER, and SILVERMAN, Circuit Judges.

MEMORANDUM ***

Donald M. Bird appeals pro se the district court's judgment dismissing his action, styled as a petition for a writ of mandamus. Bird requested that the district court order the defendants to recant certain statements they made in a prior lawsuit in state court regarding an individual's right to bear firearms. We have no authority to order the California state governor and attorney general to do so.

AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, we deny Bird's request for oral argument.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.